UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN STEVENS,

                Plaintiff,            21 cv 476 (JGK)

    - against -                 ORDER

GENERAL MOTORS INVESTMENT MANAGEMENT
CORP.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 24, 2021.

    SO ORDERED.

Dated:    New York, New York
            April 20, 2021

                                            John G. Koeltl
                                      United States District Judge